# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, P.D. LOCHNER, M.G. MILLER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**REGINALD B. WARREN III**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201600024**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 20 October 2015.
**Military Judge**: Major F. W. Hoover, USMC.
**Convening Authority**: Commanding Officer, 2d Combat Engineer Battalion, 2d Marine Division, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation**: Maj K.G. Phillips, USMC.
**For Appellant**: LCDR Paul D. Jenkins, JAGC, USN.
**For Appellee**: Brian K. Keller, Esq.

**21 April 2016**

---

## OPINION OF THE COURT

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court